## THOMAS GRIER *v.* JACOB BYSANER.

MOTION for judgment for want of a plea, heard by *Gilliam*, J., at Fall Term 1867 of the Superior Court of LINCOLN.

The writ (Debt) was issued returnable to Spring Term, 1867, and at that Term the defendant prayed to have the advantage of the Act of February 12, 1867, " changing the jurisdiction of the Courts." Thereupon the plaintiff moved for judgment for want of a plea. The Court refused to allow this motion, and the plaintiff appealed.

It was agreed that if the Supreme Court should reverse his Honor's judgment, judgment should be given there for the plaintiff.

*Bynum*, for the appellant.

No counsel, *contra.*

*Reade, J.* There is error. See Opinion in *Jacobs* v. *Smallwood*, at this term.

PER CURIAM.                Judgment here for the plaintiff.